```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  JEFFREY D. NEDROW (CABN 161299)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, CA 95113
       Telephone: (408) 535-5061
 7     Fax:  (408) 535-5066
       E-Mail: jeff.nedrow@usdoj.gov
 8
    Attorneys for Plaintiff
 9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 10-00910-DLJ
                                     )
14          Plaintiff,                )
                                     )   MOTION TO DISMISS INDICTMENT
15       v.                          )   AND ORDER
                                     )
16  PEDRO AGUIRRE-SOLORIO,           )
                                     )   SAN JOSE VENUE
17          Defendant.                )
                                     )
18  _____ )

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California moves to dismiss the above

21  indictment with regard to this defendant without prejudice.

22
    DATED:      July 10, 2013              Respectfully submitted,
23
                                           MELINDA HAAG
24                                         United States Attorney

25
                                           _____/s/_____
26
                                           JEFFREY D. NEDROW
27                                         Assistant United States Attorney

28

    MOTION TO DISMISS INDICTMENT
    CR 10-00910-DLJ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00910-DLJ |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| PEDRO AGUIRRE-SOLORIO, | ) ) | |
| Defendant. | ) ) ) | |

In light of the government's motion, the indictment filed under CR No.:10-00910-DLJ as to defendant Pedrio Aguirre-Solorio is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: _____, 2013

_____
D. LOWELL JENSEN
United States District Judge